**David SHOLTZ et al., Plaintiffs in Error, v. STATE of Florida ex rel. F. A. THOMPSON, Defendant in Error.**

Supreme Court of Florida.
Jan. Term, 1936.

Cary D. Landis, of Tallahassee, and James B. Watson, of Pensacola, for plaintiffs in error.

G. B. Fishback, of Orlando, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for defendant in error.

**H. S. SMITH et al., Appellants, v. S. L. DITTO, Appellee.**

Supreme Court of Florida, Division B.
Sept. 21, 1936.

Stewart & Presson, of Fort Myers, for appellants.

E. Dixie Beggs, of Fort Myers, for appellee.

PER CURIAM.

The appeal brings for review final decree in suit to foreclose a mortgage.

There are assignments of error and cross-assignments of error.

The real question involved is simply whether or not there is substantial evidence to support the decree, which question we must answer in the affirmative and affirm the decree.

It is so ordered.

Affirmed.

ELLIS, P. J., and TERRELL and BUFORD, JJ., concur.

WHITFIELD, C. J., and BROWN and DAVIS, JJ., concur in the opinion and judgment.

**S. V. SMITH, Appellant, v. MIDCOAST INVESTMENT COMPANY, a Florida Corporation, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

Clair A. Davis, of St. Petersburg, for appellant.

Charles J. Schuh, Jr., of St. Petersburg, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

**Laura Boardman SPRAGUE et al., Appellants, v. FIRST NATIONAL BANK IN DALLAS, a National Banking Corporation of Dallas, Texas, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

Baynard & Baynard, of St. Petersburg, for appellants.

Bussey, Mann & Barton, of St. Petersburg, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.